**In re Janse Eliot COOKE, Petitioner.**

No. 11–1954.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 13, 2012.

Decided: April 4, 2012.

Janse Eliot Cooke, Petitioner Pro Se.

Before NIEMEYER, DUNCAN, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janse Eliot Cooke petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has recently ruled on Cooke's petition. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*